# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVEON KYREE HAYES,
                Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
                Respondent,
and
WILLIAM A. GITTERE, WARDEN,
             Real Party in Interest.

No. 83185

FILED

AUG 05 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS*

This original pro se petition for a writ of habeas corpus challenges petitioner's conviction on the grounds of ineffective assistance of counsel.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted.").

Moreover, we note that a challenge to a judgment of conviction must be raised in a postconviction petition for a writ of habeas corpus filed

21-22734

in the district court in the first instance. NRS 34.724; NRS 34.738; NRAP 22.[1] It appears that petitioner may have filed a postconviction petition for a writ of habeas corpus in the district court. If an application is made to the district court and denied, the proper remedy is by appeal from the district court's order denying the writ. NRAP 22. Accordingly, we deny the petition.

It is so ORDERED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cadish

cc:    Daveon Kyree Hayes
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS Chapter 34.